# Exhibit D

DEVCENTRAL | SUPPORT | PARTNERS | MYF5 | CONTACT F5



SOLUTIONS   PRODUCTS   CUSTOMERS   SERVICES   COMMUNITY   PARTNERS   COMPANY

EN ⌄





Products

# Boost app performance and availability with F5 DNS delivery

F5 DNS delivery hyperscales and secures your infrastructure during high query volumes and DNS DDoS attacks—making sure your apps are highly available between multiple instances and across hybrid environments.

**See buying options**

## DNS DELIVERY

Improve the performance and availability of your global applications—while hyperscaling and securing your DNS infrastructure from DDoS attacks.

Read the datasheet ›

### Speed and security

Hyperscale up to 100 million responses per second (RPS) to manage rapid increases in DNS queries. With a set of features that includes multicore scalability, DNS Express, and IP Anycast integration, DNS delivery can handle millions of DNS queries, protects your business from DDoS attacks, and ensures top application performance for users.

### Scale as you grow

Get flexible global application management in virtual and cloud environments. The web-based UI provides easy DNS configuration with centralized menus; advanced logging, statistics, and reporting; and a single point of control for your DNS delivery requirements.

### Integrates with your infrastructure

Integrate with DNS zone management solutions, increase DNS performance at the network edge, and mask the DNS back-end infrastructure. That translates into higher productivity, server consolidation, faster responses, and protected DNS management.

## SCALING DNS SERVICES WITH BIG-IP DNS FOR SERVICE PROVIDERS

F5 offers a hyperscale and secure DNS solution for service providers that allows for faster web browsing and reduced latency. This improves subscribers' user experience and leads to reduced churn and increased revenues. Visibility into DNS and applications means that their health, optimization, and protection can be maximized.

Learn more about DNS for service providers under "Intelligent DNS" ›










### Superior DNS performance

Manage query responses with multicore scalability, handling spikes in DNS query volumes.

### DNS firewall services

Validate query requests, mitigates malicious communications, absorbs DDoS attacks, and more.

### DNSSEC protection

Protect LDNS servers from cache poisoning and man-in-the-middle attacks with real-time DNSSEC.

### Always-on availability

Distribute app traffic to keep pace with changing network and user volumes.

### Wide area persistence

Automatically synchronize data, propagate local DNS, and maintain session integrity to ensure user connections persist across apps and data centers.

### IP Anycast integration

Improve performance and reduce network latency by distributing the DNS request load and directing single IP requests to multiple local devices.

### High-speed logging

Get high-speed logging of DNS queries and responses to enable fast network recognition with quick, deep search and display.

### DNS health monitor

Detect whether DNS servers are operating at peak performance to help reconfigure for optimal responses.



CUSTOMER STORY

## HERITAGE BANK IMPROVES DDOS PROTECTION

Read the story

## DEPLOY HOWEVER YOU WANT

### F5 Cloud Services

Get the app services you need, faster. F5 provides DNS delivery through cloud-native, automated, self-service solutions.

Learn more

### Virtual editions

BIG-IP VEs have the same DNS delivery features as BIG-IP modules that run on F5 hardware—and you can deploy them on any hypervisor or select cloud provider.

Learn more

### Hardware

Both the BIG-IP family of devices and the VIPRION chassis are powerful hardware options purpose-built to run F5 software.

Learn more



LIGHTBOARD LESSON

## INTRO TO DNS LOAD BALANCING

Watch the video

## GET STARTED

### Contact F5 Sales

We can assess your needs and connect you with

### Start a trial

Experience F5 in action by testing our products in

### Find a reseller

We're dedicated to building partnerships that drive

We can assess your... ...the right cloud provider, reseller partner, or an F5 Sales Engineer.

...your pre-production environment.

...your business forward.

**Contact F5 now**

**Get a free trial**

**Find one now**

## YOUR APPS—FAST, AVAILABLE, AND SECURE—IN ANY CLOUD.

With 20+ years of application service experience, F5 provides the broadest set of services and security for enterprise-grade apps, whether on-premises or across any multi-cloud environment.

**HAVE A QUESTION?** | Support and Sales ›

**FOLLOW US**

48 of the Fortune 50 rely on F5

85 offices in 43 countries

20 plus years protecting apps

### ABOUT F5
Corporate Information
Newsroom
Investor Relations
Careers
Contact Information
Communication Preferences
Product Certifications
Diversity & Inclusion

### EDUCATION
Training
Professional Certification
LearnF5
Free Online Training

### F5 SITES
F5.com
DevCentral
Support Portal
Partner Central
F5 Labs

©2020 F5, Inc. All rights reserved.

Policies  |  Privacy  |  Trademarks  |