HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>F5 NETWORKS, INC.,<br><br>Defendant. | No. 2:20-cv-01878-BJR<br>No. 2:21-cv-00124-BJR<br>No. 2:21-cv-00125-BJR<br>No. 2:21-cv-00126-BJR<br><br>**STIPULATED MOTION TO EXTEND BRIEFING DEADLINES** |

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") and Defendant F5 Networks, Inc. ("F5") (collectively, "Parties") jointly move for an order extending the briefing deadlines associated with F5's Motion to Stay Pending *Inter Partes* Review ("Motion"), which was filed on November 23, 2021. Pursuant to Section II(A) of the Standing Order for All Civil Cases, WSOU's opposition to the Motion was due December 14, 2021, and F5's reply in support of its Motion is due December 28, 2021. As the current briefing schedule falls over multiple holidays, the Parties respectfully request the Court extend the deadline for WSOU to file its opposition to December 21, 2021, and the deadline for F5 to file its reply to

STIPULATED MOTION TO EXTEND BRIEFING DEADLINES - 1
(CASE NOS. 2:20-CV-01878-BJR, 2:21-CV-00124-BJR, 2:21-CV-00125-BJR, 2:21-CV-00126-BJR)

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1   January 4, 2022.  The Parties agree that extending the briefing deadlines on F5's Motion will not

2   impact any other case deadlines.

3       Respectfully submitted this 21st day of December, 2021

4

5   By: *s/ Eric A. Lindberg*                          By: *s/ Ramsey M. Al-Salam (via email authorization)*
    Blake Marks-Dias, WSBA No. 28169
6   Eric A. Lindberg, WSBA No. 43596                   Ramsey M. Al-Salam, WSBA No. 18822
    1001 Fourth Avenue, Suite 3900                     Stevan R. Stark, WSBA No. 39639
7   Seattle, WA 98154                                  PERKINS COIE LLP
    (206) 625-8600 Phone                               1201 Third Avenue, Suite 4900
8   bmarks-dias@corrcronin.com                         Seattle, WA 98101-3099
    elindberg@corrcronin.com                           Telephone: (206) 359-8000
9                                                      RAlSalam@perkinscoie.com
    Jonathan K. Waldrop (Admitted *Pro Hac Vice*)      SStark@perkinscoie.com
10
    jwaldrop@kasowitz.com                              Stephen Baskin (Admitted *Pro Hac Vice*)
11  Darcy L. Jones (Admitted *Pro Hac Vice*)           Patrick Lafferty (Admitted *Pro Hac Vice*)
    djones@kasowitz.com                                Ryan A. Schmid (Admitted *Pro Hac Vice*)
12  Marcus A. Barber (Admitted *Pro Hac Vice*)         KING & SPALDING LLP
    mbarber@kasowitz.com                               1700 Pennsylvania Ave, NW, 2nd Floor
13  John W. Downing (Admitted *Pro Hac Vice*)          Washington, DC 20006-4707
    jdowning@kasowitz.com                              Telephone: (202) 626-2938
14  Heather S. Kim (Admitted *Pro Hac Vice*)           sbaskin@kslaw.com
15  hkim@kasowitz.com                                  plafferty@kslaw.com
    Jack Shaw (Admitted *Pro Hac Vice*)                rschmid@kslaw.com
16  jshaw@kasowitz.com
    ThucMinh Nguyen (Admitted *Pro Hac Vice*)          D. Shane Brun (Admitted *Pro Hac Vice*)
17  tnguyen@kasowitz.com                               KING & SPALDING LLP
    KASOWITZ BENSON TORRES LLP                         601 California Avenue, Suite 100
18  333 Twin Dolphin Drive, Suite 200                  Palo Alto, CA 94304
    Redwood Shores, California 94065                   sbrun@kslaw.com
19  Telephone: (650) 453-5170                          Telephone: (415) 318-1245
20

21  Paul G. Williams (Admitted *Pro Hac Vice*)         Angela Tarasi (Admitted *Pro Hac Vice*)
    pwilliams@kasowitz.com                             KING & SPALDING LLP
22  KASOWITZ BENSON TORRES LLP                         1400 16th Street
    1230 Peachtree Street N.E., Suite 2445             16 Market Square, Suite 400
23  Atlanta, Georgia 30309                             Denver, CO 80202
    Telephone: (404) 260-6080                          Telephone: (720) 535-2319
24                                                     atarasi@kslaw.com

25

STIPULATED MOTION TO EXTEND BRIEFING DEADLINES - 2
(CASE NOS. 2:20-CV-01878-BJR, 2:21-CV-00124-BJR,
2:21-CV-00125-BJR, 2:21-CV-00126-BJR)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

| | |
|---|---|
| Hershy Stern (Admitted *Pro Hac Vice*) <br> hstern@kasowitz.com <br> KASOWITZ BENSON TORRES LLP <br> 1633 Broadway <br> New York, NY 10019 <br> Telephone: (212) 506-1794 <br> hstern@kasowitz.com | Brent P. Ray (Admitted *Pro Hac Vice*) <br> King & Spalding LLP <br> 110 N Wacker Drive, Suite 3800 <br> Chicago, IL 60606 <br> Telephone: (312) 764-6925 <br> bray@kslaw.com |
| **ATTORNEYS FOR PLAINTIFF WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT** | **ATTORNEYS FOR DEFENDANT F5 NETWORKS, INC.** |

STIPULATED MOTION TO EXTEND BRIEFING DEADLINES - 3
(CASE NOS. 2:20-CV-01878-BJR, 2:21-CV-00124-BJR,
2:21-CV-00125-BJR, 2:21-CV-00126-BJR)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

**ORDER**

IT IS SO ORDERED.

DATED this 22nd day of December, 2021.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO EXTEND BRIEFING DEADLINES - 4
(CASE NOS. 2:20-CV-01878-BJR, 2:21-CV-00124-BJR,
2:21-CV-00125-BJR, 2:21-CV-00126-BJR)

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

        *s/ Monica Dawson*
        Monica Dawson

STIPULATED MOTION TO EXTEND BRIEFING DEADLINES - 5
(CASE NOS. 2:20-CV-01878-BJR, 2:21-CV-00124-BJR,
2:21-CV-00125-BJR, 2:21-CV-00126-BJR)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900