HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>        Plaintiff,<br><br>   v.<br><br>F5, INC.,<br><br>        Defendant. | No. 2:21-cv-00126-BJR<br><br>**STIPULATED MOTION AND ORDER EXTENDING DEADLINE FOR SUBMISSION OF F5'S MOTION FOR RECOVERY OF ATTORNEYS' FEES PURSUANT TO 35 U.S.C. § 285** |

## STIPULATED MOTION

The parties jointly move for an order extending the deadline for Defendant F5, Inc. to file its motion for recovery of attorneys' fees pursuant to 35 U.S.C. § 285 ("Fee Motion"), which is currently due on December 27, 2022 under Rule 54(d)(2)(B).

On December 13, 2022, the Court issued its order granting F5's motion for summary judgement of non-infringement and entered judgment in F5's favor that same day.  Dkt. 216, 217.  Under Rule 54(d)(2)(B), a motion for attorney's fees must be filed within 14 days of the entry of judgment, unless a statute or court order provides otherwise.  Presently, F5's Fee Motion would be due on December 27, 2022.  In light of the holidays and the parties' schedules, the parties have stipulated to and jointly request a 60-day extension for submission of F5's Fee Motion, which would make F5's Fee Motion due on Monday, February 27, 2023.  The parties have further stipulated to and jointly request a 60-day extension from the date that F5 files and serves its Fee Motion for Plaintiff Brazos to file and serve its opposition to F5's Fee Motion.

1

2        DATED: December 23, 2022

3    **CORR CRONIN LLP**                            **PERKINS COIE LLP**

4    _s/ Eric A. Lindberg_                          _s/ Ramsey M. Al-Salam_
5    Blake Marks-Dias, WSBA No. 28169               Ramsey M. Al-Salam, WSBA No. 18822
     Eric A. Lindberg, WSBA No. 43596               Stevan R. Stark, WSBA No. 39639
6    1001 Fourth Avenue, Suite 3900                 PERKINS COIE LLP
     Seattle, WA 98154                              1201 Third Avenue, Suite 4900
7    (206) 625-8600 Phone                           Seattle, WA 98101-3099
     (206) 625-0900 Fax                             Telephone: (206) 359-8000
8    bmarks-dias@corrcronin.com                     RAlSalam@perkinscoie.com
9    elindberg@corrcronin.com                       SStark@perkinscoie.com

10   Jonathan K. Waldrop (CA Bar No. 297903)        Shane Brun (Admitted _Pro Hac Vice_)
     (Admitted _pro hac vice_)                      KING & SPALDING LLP
11   jwaldrop@kasowitz.com                          601 California Avenue, Suite 100
     Darcy L. Jones (CA Bar No. 309474)             Palo Alto, CA 94304
12   (Admitted _pro hac vice_)                      sbrun@kslaw.com
13   djones@kasowitz.com                            Telephone: (415) 318-1245
     Marcus A. Barber (CA Bar No. 307361)
14   (Admitted _pro hac vice_)                      Angela Tarasi (Admitted _Pro Hac Vice_)
     mbarber@kasowitz.com                           KING & SPALDING LLP
15   John W. Downing (CA Bar No. 252850)            1400 16th Street
16   (Admitted _pro hac vice_)                      16 Market Square, Suite 400
     jdowning@kasowitz.com                          Denver, CO 80202
17   Heather S. Kim (CA Bar No. 277686)             Telephone: (720) 535-2319
     (Admitted _pro hac vice_)                      atarasi@kslaw.com
18   hkim@kasowitz.com
     ThucMinh Nguyen (CA Bar No. 304382)            Brent P. Ray (Admitted _Pro Hac Vice_)
19   (Admitted _pro hac vice_)                      King & Spalding LLP
20   tnguyen@kasowitz.com                           110 N Wacker Drive, Suite 3800
     **KASOWITZ BENSON TORRES LLP**                 Chicago, IL 60606
21   333 Twin Dolphin Drive, Suite 200              Telephone: (312) 764-6925
     Redwood Shores, California 94065               bray@kslaw.com
22   Telephone: (650) 453-5170
     Facsimile: (650) 453-5171                      Peter Schmidt (Admitted Pro Hac Vice)
23                                                  Patrick Lafferty (Admitted _Pro Hac Vice_)
24   Paul G. Williams (GA Bar No. 764925)           Ryan A. Schmid (Admitted _Pro Hac Vice_)
     (Admitted _pro hac vice_)                      KING & SPALDING LLP
25   pwilliams@kasowitz.com                         1700 Pennsylvania Ave, NW, 2nd Floor
     **KASOWITZ BENSON TORRES LLP**                 Washington, DC 20006-4707
26   1230 Peachtree Street N.E., Suite 2445         Telephone: (202) 626-2938
     Atlanta, Georgia 30309                         pschmidt@kslaw.com
27   Telephone: (404) 260-6080                      plafferty@kslaw.com
28   Facsimile: (404) 260-6081                      rschmid@kslaw.com

---

STIPULATED MOTION AND ORDER EXTENDING DEADLINE          **Perkins Coie LLP**
FOR SUBMISSION OF F5'S MOTION FOR RECOVERY OF            1201 Third Avenue, Suite 4900
ATTORNEYS' FEES  - 2 (<u>CASE NO. 2:21-cv-00126-BJR</u>)      Seattle, WA 98101-3099
                                                        Phone: 206.359.8000
                                                        Fax: 206.359.9000

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Charles A. Naggar (NY Bar No. 5356449)
(Admitted *pro hac vice*)
cnaggar@kasowitz.com
Hershy Stern (NY Bar No. 4631024)
(Admitted *pro hac vice*)
hstern@kasowitz.com
Howard L. Bressler (NY Bar No. 2487379)
(Admitted *pro hac vice*)
hbressler@kasowitz.com
Joshua A. Whitehill (NY Bar No. 4766473)
(Admitted *pro hac vice*)
jwhitehill@kasowitz.com
Julianne Laporte (NY Bar No. 5547906)
(Admitted *pro hac vice*)
jlaporte@kasowitz.com
Lea Dartevelle Erhel (NY Bar No. 5172101)
(Admitted *pro hac vice*)
ldartevelle@kasowitz.com
Noah P. Dorman (DC Bar No. 1779821)
(Admitted *pro hac vice*)
ndorman@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

**ATTORNEYS FOR PLAINTIFF
WSOU INVESTMENTS, LLC
d/b/a BRAZOS LICENSING AND
DEVELOPMENT**

**ATTORNEYS FOR DEFENDANT
F5, INC.**

STIPULATED MOTION AND ORDER EXTENDING DEADLINE
FOR SUBMISSION OF F5'S MOTION FOR RECOVERY OF
ATTORNEYS' FEES - 3 (<u>CASE NO. 2:21-cv-00126-BJR</u>)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

IT IS SO ORDERED


DATED this 26th day of December, 2022.

*Barbara J Rothstein*
_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER EXTENDING DEADLINE
FOR SUBMISSION OF F5'S MOTION FOR RECOVERY OF
ATTORNEYS' FEES  -  4 (CASE NO. 2:21-cv-00126-BJR)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 23, 2022, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Ramsey M. Al-Salam*
Ramsey M. Al-Salam

STIPULATED MOTION AND ORDER EXTENDING DEADLINE
FOR SUBMISSION OF F5'S MOTION FOR RECOVERY OF
ATTORNEYS' FEES  -  5 (<u>CASE NO. 2:21-cv-00126-BJR</u>)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000