HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>F5, INC.,<br><br>Defendant. | No. 2:21-cv-00126-BJR<br><br>**ORDER GRANTING DEFENDANT F5 NETWORKS, INC.'S MOTION TO SEAL CERTAIN DOCUMENTS** |

This matter came before the Court on Defendant's Motion to Seal Certain Documents ("Motion to Seal"). The motion is unopposed. Having considered Defendant's Motion to Seal and all papers filed in support thereof and being fully advised in the matter, it is hereby:

ORDERED that the Motion to Seal is GRANTED, and the Clerk is ordered to file the following under seal:

- Exhibits H-N of the Declaration of Shane Brun in Support F5's Motion for Recovery of Attorneys' Fees Pursuant to 35 U.S.C. § 285 ("Brun Declaration").

- Portions of the Brun Declaration that are redacted from the public filing.

- Portions of Defendant F5, Inc.'s Motion for Attorneys' Fees Under 35 U.S.C. § 285 that are redacted from the public filing.

Dated: May 30, 2023.

*Barbara J. Rothstein*

Hon. Barbara J. Rothstein
United States District Judge